UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN ROUTHIER, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | CIVIL NO. 05-30095KPN |
| ) | |
| THE PROVIDENCE HOSPITAL and ) | |
| MERCY MEDICAL CENTER d/b/a ) | |
| PROVIDENCE BEHAVIORAL HEALTH ) | |
| HOSPITAL, ) | |
| ) | |
| DEFENDANTS. ) | |

**NOTICE OF APPEARANCE**

Please enter my appearance as attorney for all of the named defendants, Providence Hospital, Mercy Medical Center d/b/a Providence Behavioral Health Hospital with regard to the above-referenced case.

    Respectfully submitted,

    THE PROVIDENCE AND MERCY
    MEDICAL CENTER D/B/A
    PROVIDENCE BEHAVIORAL HEALTH
    HOSPITAL

    By its attorney

    /s/ Melissa E. Mason Shea
    Melissa E. Mason Shea, Esq.
    BBO No.: 564693
    SULLIVAN, HAYES & QUINN
    One Monarch Place – Suite 1200
    Springfield, MA 01144-1200
    Tel. (413) 736-4538
    Fax (413) 731-8206
    E-mail: lawoffice@sullivanandhayes.com