## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN ROUTHIER, )<br>)<br>PLAINTIFF, )<br>)<br>V. )<br>)<br>THE PROVIDENCE HOSPITAL and )<br>MERCY MEDICAL CENTER d/b/a )<br>PROVIDENCE BEHAVIORAL HEALTH )<br>HOSPITAL, )<br>)<br>DEFENDANTS. ) | CIVIL NO. 05-30095KPN |

**ASSENTED TO MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER TO COMPLAINT**

The Defendants, Providence Hospital, et al. hereby respectfully request that this Court extend the time for it to file an Answer to Complaint, up to and including September 13, 2005. This is the Defendant's first request for such an extension in this case.

On July 25, 2005, the Plaintiff served a Complaint on Defendants, Providence Hospital, et. al. An extension is requested based on Defendants, Providence Hospital, et al.'s counsel's scheduling conflicts. Plaintiff, Susan Routhier's counsel has kindly assented to this extension.

| | Respectfully submitted, |
|---|---|
| ASSENTED TO:<br>SUSAN ROUTHIER | THE PROVIDENCE AND MERCY<br>MEDICAL CENTER D/B/A<br>PROVIDENCE BEHAVIORAL HEALTH<br>HOSPITAL |
| By her attorney | By its attorney |
| /s/ Suzanne Garrow<br>Suzanne Garrow, Esq.<br>BBO No.: 636548<br>HEISLER, FELDMAN & MCCORMICK P.C.<br>1145 Main Street, Suite 508<br>Springfield, MA 01103<br>Tel. (413) 788-7988<br>Fax (413<br>E-mail: sgarrow@comcast.net | /s/ Melissa E. Mason Shea<br>Melissa E. Mason Shea, Esq.<br>BBO No.: 564693<br>SULLIVAN, HAYES & QUINN<br>One Monarch Place – Suite 1200<br>Springfield, MA 01144-1200<br>Tel. (413) 736-4538<br>Fax (413) 731-8206<br>E-mail: lawoffice@sullivanandhayes.com |