## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SUSAN ROUTHIER, | ) | CIVIL NO. 05-30095KPN |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| THE PROVIDENCE HOSPITAL and | ) | |
| MERCY MEDICAL CENTER d/b/a | ) | |
| PROVIDENCE BEHAVIORAL HEALTH | ) | |
| HOSPITAL, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

Please enter my appearance and the appearance of Sullivan, Hayes & Quinn as attorneys for the Defendants, Providence Hospital and Mercy Medical Center d/b/a Providence Behavioral Health Hospital in reference to the above-captioned matter.

Respectfully submitted,

THE PROVIDENCE AND MERCY
MEDICAL CENTER D/B/A
PROVIDENCE BEHAVIORAL HEALTH
HOSPITAL

By its attorney

/s/ Meghan B. Sullivan
Meghan B. Sullivan, Esq.
BBO No.: 635265
SULLIVAN, HAYES & QUINN
One Monarch Place – Suite 1200
Springfield, MA 01144-1200
Tel. (413) 736-4538
Fax (413) 731-8206
E-mail: lawoffice@sullivanandhayes.com

## CERTIFICATE OF SERVICE

      I hereby certify that on 13th day of September 2005, I electronically filed my Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of notification of such filing to the following registered participant:

Suzanne Garrow, Esq.
Heisler, Feldman & McCormick, P.C.
1145 Main Street, Suite 508
Springfield, MA 01103
sgarrow@comcast.net
jfeldman@crocker.com

                                      /s/ Meghan B. Sullivan
                                      Meghan B. Sullivan, Esq.