# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SUSAN ROUTHIER, | ) | CIVIL NO. <u>05-30095KPN</u> |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | **MOTION OF THE DEFENDANTS** |
| | ) | **PROVIDENCE HOSPITAL AND** |
| THE PROVIDENCE HOSPITAL and | ) | **MERCY MEDICAL CENTER D/B/A** |
| MERCY MEDICAL CENTER d/b/a | ) | **PROVIDENCE BEHAVIORAL** |
| PROVIDENCE BEHAVIORAL HEALTH | ) | **HEALTH HOSPITAL FOR A MORE** |
| HOSPITAL, | ) | **DEFINITE STATEMENT** |
| | ) | |
| DEFENDANTS. | ) | |

The Defendants, Providence Hospital and Mercy Medical Center d/b/a/ Providence Behavioral Health Hospital, hereby move pursuant to Rule 12(e) of the Federal Rules of Civil Procedure for a more definite statement as to Paragraphs 17 through 22 of the Plaintiff's First Amended Complaint.

As grounds for this Motion, the Defendants state that the Plaintiff's First Amended Complaint asserts claims against the Defendant for failure to engage in the interactive process and unlawful termination in violation of the ADA and M.G.L. c. 151B. As a basis for the Complaint, the Plaintiff argues in Paragraphs 17 through 22 that certain unnamed "supervisors" had knowledge of her alleged disability. However, in failing to name the identity of the supervisors, the Defendants are not able to respond to the allegation in good faith and/or without prejudice. The grounds for this motion are more fully set forth in the accompanying Memorandum of Law.

Wherefore, the Defendants respectfully request that this Honorable Court order the Plaintiff to provide a more definite statement of the allegations set forth in paragraphs 17 through 22 so that it can frame an appropriate response to the pleadings.

Respectfully submitted,

THE PROVIDENCE AND MERCY
MEDICAL CENTER D/B/A
PROVIDENCE BEHAVIORAL HEALTH
HOSPITAL

By its attorney

/s/ Meghan B. Sullivan
Meghan B. Sullivan, Esq.
BBO No.: 635265
SULLIVAN, HAYES & QUINN
One Monarch Place – Suite 1200
Springfield, MA 01144-1200
Tel. (413) 736-4538
Fax (413) 731-8206
E-mail: lawoffice@sullivanandhayes.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of September 2005, I electronically filed the Motion of the Defendants Providence Hospital and Mercy Medical Center d/b/a/ Providence Behavioral Health Hospital for a More Definite Statement with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following registered participant:

Suzanne Garrow, Esq.
Heisler, Feldman & McCormick, P.C.
1145 Main Street, Suite 508
Springfield, MA 01103
sgarrow@comcast.net
jfeldman@crocker.com


/s/ Meghan B. Sullivan
Meghan B. Sullivan, Esq.