UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN ROUTHIER,<br><br>          Plaintiff,<br><br>v.<br><br>THE PROVIDENCE HOSPITAL and MERCY MEDICAL CTR.  D/B/A PROVIDENCE BEHAVIORAL HEALTH HOSP.<br>          Defendant. | DOCKET NO. 05-30095-KPN |

## ASSENTED TO MOTION TO MODIFY DEADLINE TO REPLY TO MOTION FOR MORE DEFINITE STATEMENT

The Plaintiff in the above-entitled matter respectfully requests that she be allowed additional time, up to and including October 21, 2005, to respond to pending Motion for a More Definite Statement filed by the defendant.

As grounds for this motion, the plaintiff states that the parties have just begun discussions attempting to find an early resolution to the above matter without expending the Court's resources and additional attorney time.  The parties seek to put their resources into that effort at this time and request the Court give them until October 21, 2005, to see if such effort may be fruitful.

*The defendant assents to this extension of time.*

Dated:  September 26, 2005

Respectfully submitted,
THE PLAINTIFF
By her Attorney,


Suzanne Garrow
/s/ Suzanne Garrow
Suzanne Garrow BBO# 636548
Heisler, Feldman & McCormick, P.C.
1145 Main Street, Suite 508
Springfield, MA 01103
(413) 788-7988
fax (413) 788-7996
sgarrow@comcast.net


CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served upon the attorney of record for the Defendant by electronic mail on this date.

Dated: September 26, 2005                /s/ Suzanne Garrow
                                         _____
                                         Suzanne Garrow