**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SUSAN ROUTHIER,                    )<br>                                                        )<br>         PLAINTIFF,                       )<br>                                                        )<br>         V.                                           )<br>                                                        )<br>THE PROVIDENCE HOSPITAL and )<br>MERCY MEDICAL CENTER d/b/a  )<br>PROVIDENCE BEHAVIORAL HEALTH )<br>HOSPITAL,                                   )<br>                                                        )<br>         DEFENDANTS.                 ) | CIVIL NO. <u>05-30099KPN</u> |

**ASSENTED TO MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER TO COMPLAINT**

    The Defendant, Providence Hospital, hereby respectfully requests that this Court extend the time for it to file an Answer to Complaint, up to and including November 30, 2005.

    This request for an extension is based on the fact that the Parties have agreed to defer the matter to mediation. The mediation conference is currently scheduled for November 23, 2005.

    Plaintiff's Counsel, Susan Routhier, has kindly assented to this extension.

| | |
|---|---|
| | Respectfully submitted, |
| <u>ASSENTED TO</u>:<br>SUSAN ROUTHIER | THE PROVIDENCE AND MERCY<br>MEDICAL CENTER D/B/A<br>PROVIDENCE BEHAVIORAL HEALTH<br>HOSPITAL |
| By her attorney | By its attorney |
| /s/ Suzanne Garrow<br>Suzanne Garrow, Esq.<br>BBO No.: 636548<br>HEISLER, FELDMAN & MCCORMICK P.C.<br>1145 Main Street, Suite 508<br>Springfield, MA 01103<br>Tel. (413) 788-7988<br>Fax (413<br>E-mail: <u>sgarrow@comcast.net</u> | /s/ Meghan B. Sullivan<br>Meghan B. Sullivan, Esq.<br>BBO No.: 635265<br>SULLIVAN, HAYES & QUINN<br>One Monarch Place – Suite 1200<br>Springfield, MA 01144-1200<br>Tel. (413) 736-4538<br>Fax (413) 731-8206<br>E-mail: <u>lawoffice@sullivanandhayes.com</u> |