UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN ROUTHIER,<br><br>                Plaintiff,<br><br>v.<br><br>THE PROVIDENCE HOSPITAL and<br>MERCY MEDICAL CTR.  D/B/A<br>PROVIDENCE BEHAVIORAL HEALTH<br>HOSP.<br>                Defendants. | DOCKET NO. 05-30095-KPN |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(1)(ii), Plaintiff Susan Routhier and Defendants, The Providence Hospital and Mercy Medical Center d/b/a/ Providence Behavioral Health Hosp. hereby stipulate to the dismissal of the Plaintiff's complaint filed in this matter.  The parties are to bear their own costs.

Respectfully submitted,

| | |
|---|---|
| SUSAN ROUTHIER<br>By her Attorney, | THE PROVIDENCE HOSPITAL et al.,<br>By their Attorney, |
|     /s/ Suzanne Garrow<br>Suzanne Garrow<br>BBO# 636545<br>Heisler, Feldman & McCormick<br>1145 Main Street, Suite 508<br>Springfield, MA 01103<br>(413) 788-7988 | /s/ Meghan Sullivan<br>Meghan Sullivan<br>BBO# 635265<br>Sullivan, Hayes & Quinn<br>One Monarch Place<br>Springfield, MA  01144<br>(413) 736-4538 |

Dated: December 16, 2005